UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 1 0 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| JESSIE GLORIA, LUIS BOTELLO-FAZ, NICOLAS MACRI, PAT GRANT, JENNIFER RAMOS, and ISAIAH RODRIGUEZ<br><br>Plaintiffs<br><br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. SA-20-CV-527-OG<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The issue in this case is narrow: whether § 82.003 of the Texas Election Code, on its face, violates the Twenty-Sixth Amendment to the U.S. Constitution. This issue, among others, is also being addressed in a related case styled *Texas Democratic Party et. al. v. Abbott, et. al*, which is currently pending before the Fifth Circuit.[1] Although the Fifth Circuit has not yet issued a ruling on the merits, the issue is before a three judge panel and the merits will be addressed. For that reason, the Court stays this case pending a decision on the merits by the Fifth Circuit and the outcome of any appeal thereof. The deadline(s) for responding to any pending motions are suspended and will be reinstated when the stay is lifted.

SIGNED AND ENTERED this 10 day of June, 2020.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

---

[1] *See Texas Democratic Party, et. al. v. Abbott, et. al*, No. 20-50407, 2020 WL 2982937, at *25-28 (5th Cir. June 4, 2020) (granting stay pending appeal).