UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSIE GLORIA, LUIS BOTELLO-FAZ, NICOLAS MACRI, PAT GRANT, JENNIFER RAMOS, and ISAIAH RODRIGUEZ,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State<br><br>　　　　　　Defendant. | Civil Action<br><br>Case No. 5:20-cv-00527-OLG |

**APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**

| **Exhibit** | **Document Description** |
|---|---|
| 1. | *TDP v. Abbott*, No. 19A1055, Respondents' Opp. to App. To Vacate 5th Cir. Stay of Prelim. Inj. (U.S. June 22, 2020) |

Dated: June 25, 2020.

Respectfully submitted,

**PERKINS COIE LLP**

*/s/ John M. Geise*　　　　　　　

Skyler M. Howton
TX# 24077907
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
SHowton@perkinscoie.com

Marc E. Elias\*
John M. Geise\*
Stephanie Command\*
Zachary J. Newkirk\*
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960

Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jgeise@perkinscoie.com
scommand@perkinscoie.com
znewkirk@perkinscoie.com
*Counsel for the Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on June 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          */s/ John M. Geise*
                                          John M. Geise