UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSIE GLORIA, LUIS BOTELLO-FAZ, NICOLAS MACRI, PAT GRANT, JENNIFER RAMOS, and ISAIAH RODRIGUEZ,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State<br><br>　　　　　　Defendant. | Civil Action<br><br>Case No. 5:20-cv-00527-OLG |

**PLAINTIFFS' NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL**

As provided in Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of their dismissal of all of their claims against Defendant Hughs in this matter.

Dated: September 23, 2020.　　　　　　Respectfully submitted,

**PERKINS COIE LLP**

/s/ *John M. Geise*

Skyler M. Howton
TX# 24077907
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
SHowton@perkinscoie.com

Marc E. Elias*
John M. Geise*
Stephanie Command*
Zachary J. Newkirk*
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com

jgeise@perkinscoie.com  
scommand@perkinscoie.com  
znewkirk@perkinscoie.com  
*Counsel for the Plaintiffs*  
*\*Admitted Pro Hac Vice*