**FILED**
September 25, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSIE GLORIA, LUIS BOTELLO-FAZ, NICOLAS MACRI, PAT GRANT, JENNIFER RAMOS, and ISAIAH RODRIGUEZ,<br><br>Plaintiffs,<br>v.<br><br>RUTH HUGHS, in her official capacity as Texas Secretary of State<br><br>Defendant. | Civil Action<br><br>Case No. 5:20-cv-00527-OLG |

**ORDER**

Plaintiffs having filed their Notice of Rule 41(a)(1)(A)(i) Voluntary Dismissal, their claims against Defendant Texas Secretary of State Hughs are DISMISSED WITHOUT PREJUDICE.

SIGNED this the   25th   day of September 2020.

_____
Orlando L. Garcia
Chief U.S. District Judge